# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142971

JACK ROBINSON,
        Plaintiff-Appellant,

v

FRANK McCUE, MARGARET McCUE,
FAIRLANE WOODS COUNTRY
TOWNHOMES CONDOMINIUM, and
THERESA ROMAN,
        Defendants-Appellees.
_____/

SC: 142971
COA: 295572
Wayne CC: 08-113219-CZ

On order of the Court, the application for leave to appeal the March 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

d0718